UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JEFFREY T. MCKENNA *et al.*                                                                PLAINTIFFS

v.                                                                CIVIL ACTION NO. 3:07CV-P723-H

LOUIS LAWSON *et al.*                                                                DEFENDANTS

### MEMORANDUM OPINION

By Order entered November 16, 2009, the Court directed Plaintiffs McKenna, Neal, and Rawlings to show cause why the instant action should not be dismissed for failure to prosecute (DN 33). The Court warned Plaintiffs that their failure to comply with that Order within 30 days would result in dismissal of this action for failure to prosecute.

The 30-day period has expired, and no Plaintiff has responded to the Court's show-cause Order. In fact, the copy of the Order sent to Plaintiff Neal was returned to the Court by the U.S. Postal Service marked "Return to Sender, Refused, Unable to Forward" as the inmate is "No Longer at this Address" (DN 40). In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiffs have abandoned any interest in prosecuting this case, the Court will dismiss the action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

The Court will enter a separate Order consistent with this Memorandum Opinion.

Date:

cc:     Plaintiffs, *pro se*
        Counsel of Record
4412.005