UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JEFFREY T. MCKENNA** *et al.*   **PLAINTIFFS**

**v.**   **CIVIL ACTION NO. 3:07CV-P723-H**

**LOUIS LAWSON** *et al.*   **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that the motions to dismiss (DNs 37 & 39) are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would be frivolous and, therefore, not taken in good faith.

Date:


cc:   Plaintiffs, *pro se*
        Counsel of Record
4412.005